**[Exempt From Filing Fee
Government Code § 6103]**

Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
 mjeffcoach@wtjlaw.com
Braden . Seibert #274625
 bseibert@wtjlaw.com
970 W. Alluvial Avenue
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for CITY OF FRESNO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BIEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, Brad Oliver, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:20-CV-01159-AWI-BAM<br><br>**STIPULATION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT and [PROPOSED] ORDER THEREON**<br><br>Action Filed:    August 18, 2020 |

**COME NOW** the Parties in this matter, and present this Stipulation to strike portions of the First Amended Complaint, filed on March 18, 2021.

Plaintiff JOHN BIEN ("Plaintiff") is represented by Nathan S. Miller, of the Miller & Ayala Law Firm. Defendants CITY OF FRESNO and BRAD OLIVER ("Defendants") are represented by Mandy L. Jeffcoach and Braden S. Seibert, of the Whitney, Thompson & Jeffcoach Law Firm.

Plaintiff and Defendants are hereinafter collectively referred to as the "Parties" and provide as follows:

**THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

WHEREAS, on March 18, 2021, Plaintiff filed his First Amended Complaint, alleging various causes of action against Defendants.

WHEREAS, Defendants sent to Plaintiff a meet and confer letter, which was followed by a discussion between counsel as to the deficiencies that Defendants saw with the First Amended Complaint.

WHEREAS, the parties agree and stipulate to the following:

The Parties agree to strike the Third Claim for Relief, described in paragraphs 40-45.

The Parties agree to strike the Fifth Claim for Relief, described in paragraphs 51-63.

IT IS SO AGREED AND STIPULATED.

Dated: May 4, 2021  MILLER & AYALA, LLP

By: */s/ Nathan S. Miller*
Nathan S. Miller
Attorneys for Plaintiff

Dated: May 4, 2021  WHITNEY, THOMPSON & JEFFCOACH LLP

By: */s/ Mandy L. Jeffcoach*
Mandy L. Jeffcoach
Braden S. Seibert
Attorneys for City of Fresno

**[~~PROPOSED~~] ORDER**

Good cause appearing, the Court hereby strikes the following claims from the First Amended Complaint:

    Third Claim for Relief, described in paragraphs 40-45

    Fifth Claim for Relief, described in paragraphs 51-63

IT IS SO ORDERED.

Dated:   May 5, 2021                                       _____
                                                                           SENIOR DISTRICT JUDGE